## 20803.   HERRON *v.* THE STATE.

BROYLES, C. J.   The verdict was authorized by the evidence, and the motion for a new trial contained only the usual general grounds. It follows that the court did not err in refusing to grant a new trial.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*

DECIDED NOVEMBER 11, 1930.

*D. W. Mitchell,* for plaintiff in error.
*John C. Mitchell, solicitor-general,* contra.